# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**BRUNHILDE L. WATSON,**
Appellant,

v.

**WINN-DIXIE STORES, INC.,**
Appellee.

No. 4D17-2820

[November 15, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Peter D. Blanc, Judge; L.T. Case No. 502016CA007770XXXXMB AB.

Spencer T. Kuvin of the Law Offices of Craig Goldenfarb, P.A., West Palm Beach, for appellant.

Kristi Bergemann Rothell of Methe & Rothell, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, CIKLIN and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***